## THIRD DISTRICT.

Henry H. Rockwell et al., appellees, v. Federal Life Insurance Company, appellant. Gen. No. 8,450.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

Jones, McIntire & Jones, for appellant. Alfred A. Johnson, for appellees.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.